**THE MCDANIEL LAW FIRM, PC**
54  Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>               Defendants. | Civ. Action. No. 2:11-cv-02021(ES)(CLW)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO IP ADDRESS 206.53.102.56 ONLY WITHOUT PREJUDICE** |

Plaintiff **BASEPROTECT UG, LTD.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to the defendant identified by Internet Protocol address 206.53.102.56 **ONLY**.  No answer or motion for summary judgment has been served in this action by this defendant.

DATED: November 4, 2011           **THE MCDANIEL LAW FIRM, P.C.**

By: _____
        Jay R. McDaniel, Esq.
        *Attorneys for Plaintiff Baseprotect UG, Ltd.*

DATED:

_____
Hon. Cathy L. Waldor, U.S.M.J.