THE MCDANIEL LAW FIRM, PC
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>Defendants. | Civ. Action. No. 2:11-cv-02021(ES)(CLW)<br><br>ORDER |

**THIS MATTER**, having been brought before the Court by way of a Notice of Motion pursuant to Fed. R. Civ. P. 45, seeking to Quash a Subpoena issued to the Movant's Internet Service Provider to the extent that it requires the release of information pertaining to the Movant, and to Dismiss the Movant, who has not provided his or her Internet Protocol (IP) address, and Plaintiff Baseprotect UG, Ltd. being prepared to withdraw the Subpoena and submit a Notice of Voluntary Dismissal without Prejudice relating to the Movant, and for good cause shown,

**IT IS** on this ___18th___ day of ___April___, 2012 **ORDERED THAT**:

1.  The Movant shall disclose his or her IP address assigned by their Internet Service Provider → IDENTIFIED AS JOHN DOE #271 to Plaintiff's counsel within seven (7) days of receipt of this Order; and

2.  Plaintiff's counsel shall serve a copy of this Order on the Movant within seven (7) days of receipt.

DATED:

_____
The Hon. Cathy L. Waldor, U.S.M.J.