**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>    Defendants. | Civ. Action. No. 2:11-cv-02021(ES)(CLW)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO IP ADDRESS 76.220.17.33 ONLY WITHOUT PREJUDICE** |

  Plaintiff **BASEPROTECT UG, LTD.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to the defendant identified by Internet Protocol address 76.220.17.33 **ONLY**. No answer or motion for summary judgment has been served in this action by this defendant.

DATED: June 15, 2012    THE MCDANIEL LAW FIRM, P.C.

            By: _____
              Jay R. McDaniel, Esq.
              *Attorneys for Plaintiff Baseprotect UG, Ltd.*

DATED:

            _____
            Hon. Cathy L. Waldor, U.S.M.J.