THE MCDANIEL LAW FIRM, PC
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>Defendants. | Civ. Action. No. 2:11-cv-02021(ES)(CLW)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO IP ADDRESS 76.220.17.33 ONLY WITHOUT PREJUDICE** |

Plaintiff **BASEPROTECT UG, LTD.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to the defendant identified by Internet Protocol address 76.220.17.33 **ONLY**. No answer or motion for summary judgment has been served in this action by this defendant.

DATED: June 15, 2012

THE MCDANIEL LAW FIRM, P.C.

By: _____
Jay R. McDaniel, Esq.
*Attorneys for Plaintiff Baseprotect UG, Ltd.*

DATED: June 18, 2012

_____
Hon. Cathy L. Waldor, U.S.M.J.