United States District Court
for the District of New Jersey

_____

**BASEPROTECT UG, LTD.**

        Civil No.  11-2021

    Plaintiff

    vs.        Order of Reassignment

**JOHN DOES 1-X**

    Defendant
_____

It is on this 1st day of August 2012,

O R D E R E D that the entitled action is reassigned from Judge Esther Salas to Judge Kevin McNulty.

                      S/Jerome B. Simandle
                      Jerome B. Simandle, Chief Judge
                      United States District Court